■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. RUSSELL MEADE, Petitioner, v. J. E. LA VALLEE, as Superintendent of Clinton Correctional Facility, Respondent.— Application, pursuant to CPLR 7002 (subd. [b], par. 2); for writ of habeas corpus denied. (See CPL 580.20, art. IV, par. [a].) Greenblott, J. P., Cooke, Sweeney, Kane and Main, JJ., concur.